948

No. 1365, Misc. MALONEY v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 1385, Misc. HAYES v. DIRECTOR, PATUXENT INSTITUTION. Ct. Sp. App. Md. Certiorari denied.

No. 1394, Misc. GRAY v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied. *George F. McCanless,* Attorney General of Tennessee, for respondent.

No. 1400, Misc. VENEY v. MARYLAND. Ct. App. Md. Certiorari denied. *Daniel E. Klein, Jr.,* for petitioner. *Francis B. Burch,* Attorney General of Maryland, *Edward F. Borgerding,* First Assistant Attorney General, and *Thomas N. Biddison, Jr.,* Assistant Attorney General, for respondent.

No. 1431, Misc. WILLIAMS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1401, Misc. VENEY v. MARYLAND. Ct. App. Md. Certiorari denied. *Daniel E. Klein, Jr.,* for petitioner. *Francis B. Burch,* Attorney General of Maryland, *Edward F. Borgerding,* First Assistant Attorney General, and *Thomas N. Biddison, Jr.,* Assistant Attorney General, for respondent.

No. 1433, Misc. WILLIAMS v. PROCUNIER, CORRECTIONS DIRECTOR. C. A. 9th Cir. Certiorari denied.

No. 1437, Misc. ADAMS v. CAMERON, HOSPITAL SUPERINTENDENT. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondent.